02D03-2307-PL-000321

Allen Superior Court 3

Filed: 7/26/2023 2:36 PM
Clerk
Allen County, Indiana
BB

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO.: |

| | |
|---|---|
| ARMOND DESROCHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BAE SYSTEMS INFORMATION AND | ) |
| ELECTRONIC SYSTEMS | ) |
| INTEGRATION INC. | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Armond Desroches ("Desroches"), by counsel, for his cause of action against the Defendant, BAE Systems Information and Electronic Systems Integration Inc. ("BAE"), states and alleges as follows:

### I.  INTRODUCTION

1. This is an action by Desroches against BAE regarding alleged race discrimination and harassment in the workplace including the failure to promote him to a position he was otherwise qualified for at BAE's production facility located at 4250 Airport Expressway, Fort Wayne, Indiana and other race-based harassment at BAE where he has worked since September 4, 2007. Desroches asserts that he was subjected to discrimination due to his race and was also subjected to retaliation for engaging in a protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended. Desroches seeks all legal and equitable relief available.

## II.   PARTIES

2. Desroches is an individual citizen and resident of Allen County, Indiana.

3. BAE is a foreign for-profit corporation organized and existing under and by virtue of the laws of the State of Delaware, with its principal place of business located at 65 Spit Brook Road, Nashua, NH, 03061. and operates a plant at 4250 Airport Expressway, Fort Wayne, Indiana.

## III.   JURISDICTION AND VENUE

4. This Court has both personal and subject matter jurisdiction because this lawsuit involves federal law (Title VII of the Civil Rights Act of 1964, as amended) that provides for concurrent jurisdiction and Desroches' employment is located in Allen County, Indiana.

5. Venue is appropriate because Allen County is the county where Desroches' employment is located.

## IV.   FACTS

6. Desroches incorporates by reference paragraphs 1-5 of his Complaint as if same were fully set forth herein.

7. Desroches began his employment with BAE on September 4, 2007 and works for BAE at its plant located at 4250 Airport Expressway, Fort Wayne, Indiana, as a Sauder Technician.

8. In about 2021, Desroches began to experience ongoing racial discrimination/harassment at BAE.

9. On August 3, 2021, Desroches filed a charge of discrimination based upon race involving white co-workers allegedly being permitted to not wear a mask but not him. The Charge Number was 24D-2021-00325.

10. In April and May 2022, Desroches applied for a Logistics Analyst position and a Traffic Analyst II position.

11. Desroches was passed over for both positions and not even provided an interview.

12. With respect to the Logistics Analyst position, the candidate, Kris Luley ("Luley"), a white co-worker of Desroches, who received the position never even applied for the position, did not want the position, and had similar qualifications as Desroches for the position.

13. Desroches approached his supervisor, John Dach ("Dach"), for feedback on his resume and asked why he was not given an interview.

14. Dach responded by stating that it was not up to him but rather the decision was made by George Sanki, Logistics Manager at BAE.

15. Desroches confronted Dach about Luley reporting to Desroches that Luley never applied for the position, did not want it and that it was Dach who approached Luley about taking the position.

16. Dach did not respond to Desroches' concerns about being passed over for a position and walked away from Desroches.

17. About two weeks later, Desroches was notified that he was being investigated for an alleged social media post wherein he allegedly threated workplace violence. During a meeting on May 31, 2022, Matt Beck ("Beck") and Jennifer Rigdon ("Rigdon") informed Desroches that an unnamed co-worker reported had Desroches.

18. Desroches believes that it was Dach who fabricated the allegation about Desroches making a threat of workplace violence on a social media post because Dach was attempting to get Desroches' employment terminated.

19. Desroches categorically denied ever making any the alleged threat of workplace violence and requested that they produce proof. Desroches assured Beck and Rigdon that the allegation was a lie and absurd.

20. Despite this and despite there being no credible evidence that Desroches had made any threat about workplace violence, Desroches was suspended with pay pending investigation.

21. About three weeks later, Desroches returned to work with a write up.

22. On June 9, 2022, Desroches filed a second Charge of Discrimination, Charge Number 24D-2022-00250. In his Charge of Discrimination, Desroches alleged that he was being discriminated because of his race and that he was being retaliated because he had previously filed a Charge of Discrimination.

23. On June 28, 2022, a Determination of Charge and Notice of Rights was issued for Charge Number 24D-2021-00325. Desroches did not pursue the first Charge of Discrimination further.

24. In approximately July 2022, BAE hired Kathern Perry ("Perry") and she became Desroches new supervisor.

25. Perry's supervisor was Dach.

26. On or about July 27, 2022, a co-worker of Desroches, Michele Binekie ("Binekie") approached Desroches and informed him that she overheard Desroches new supervisor, Perry, tell Operations Program Manager, Drew Hall ("Hall"), that when she was hired, Dach directed her to do anything to get Desroches' employment terminated.

27. On or about July 28, 2022, Desroches reported his concerns to BAE and a meeting was had where Desroches was told that BAE would investigate his concerns. Desroches also called BAE's corporate ethics line to report his concerns.

28. During this time, Desroches noticed that Perry was constantly looking over his shoulder and spying on him while he was working at BAE.

29. Since approximately 2021, Desroches has felt as though Dach and subsequently Perry, when she was hired, were targeting him based upon his race and that they were trying to make his work-life miserable with the goal of getting him to quit. At the same time, Desroches felt as though Dach and Perry were looking for any reason to justify terminating his employment.

30. On April 27, 2023, the Determination and Notice of Rights was issued.

## V.   STATEMENT OF CLAIMS

### COUNT I – Race Discrimination

31. Desroches incorporates by reference paragraphs 1-30 of his Complaint as if same were fully set forth herein.

32. BAE discriminated against Desroches and he was subjected to harassment on the basis of his race in violation of Title VII of the Civil Rights Act of 1964, as amended.

33. As a result of the unlawful discrimination and harassment, Desroches has been damaged.

### COUNT II – Retaliation

34. Desroches incorporates by reference paragraphs 1-30 of his Complaint as if same were fully set forth herein.

35. After he reported the racial discrimination and racial harassment, BAE retaliated against Desroches denying him a position that he was otherwise qualified for and by suspending his employment and issuing him a write up over baseless allegations.

36. As a result of the unlawful retaliation, Desroches has been damaged.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Armond Desroches, by counsel, prays for judgment in his favor and for the following damages:

a) injunctive relief;

b) back pay and benefits and lost future income and benefits;

c) compensatory damages;

d) punitive damages;

e) attorney's fees and costs; and

f) all other relief appropriate under these circumstances.

Respectfully submitted,

**THEISEN HUBLEY LAW**

*/s/ Nathaniel O. Hubley*

John C. Theisen (549-02)
Nathaniel O. Hubley (28609-64)
810 S. Calhoun Street, Suite 200
Fort Wayne, IN 46802
Telephone: 260-422-4255
*Attorneys for Plaintiff*